| Date | Client Name | Project | Description | Hours | Rate | Amount |
|------|-------------|---------|-------------|-------|------|--------|
| 1/22/2018 | Flair Beverages Inc. | Louis_Leon | Investigations and drafted BCL notices. | 1.6 | $225.00 | $360.00 |
| 2/8/2018 | Flair Beverages Inc. | Louis_Leon | Investigation on redemption center and drafted additional bcl | 0.9 | $225.00 | $202.50 |
| 2/9/2018 | Flair Beverages Inc. | Louis_Leon | Attn to file. | 0.8 | $225.00 | $180.00 |
| 2/12/2018 | Flair Beverages Inc. | Louis_Leon | Legal strategy session with AK. | 0.6 | $225.00 | $135.00 |
| 2/14/2018 | Flair Beverages Inc. | Louis_Leon | Investigate Defendant Ramon in light of new information. | 0.5 | $225.00 | $112.50 |
| 3/19/2018 | Flair Beverages Inc. | Louis_Leon | Drafting pleadings | 1.5 | $225.00 | $337.50 |
| 3/27/2018 | Flair Beverages Inc. | Louis_Leon | Finalize complaint, summons, and BCL drafts | 1.3 | $225.00 | $292.50 |
| 2/4/2019 | Flair Beverages Inc. | Louis_Leon | Review pleadings, pdf pleadings, file, save, record disbursements and await issuance of summons | 1.5 | $225.00 | $337.50 |
| 5/10/2019 | Flair Beverages Inc. | Louis_Leon | Attn to file and draft financial calculations | 1.3 | $225.00 | $292.50 |
| 5/13/2019 | Flair Beverages Inc. | Louis_Leon | Attn to email from counsel with settlement offer. | 0.1 | $225.00 | $22.50 |
| 5/20/2019 | Flair Beverages Inc. | Louis_Leon | Exchanged emails with counsel re settlement offer and scheduling phone call. | 0.3 | $225.00 | $67.50 |
| 5/20/2019 | Flair Beverages Inc. | Louis_Leon | Exchanged emails with mediator re mediation and settlement. | 0.2 | $225.00 | $45.00 |
| 5/22/2019 | Flair Beverages Inc. | Louis_Leon | Phone call with client re mediation and settlement. | 0.8 | $225.00 | $180.00 |
| 5/23/2019 | Flair Beverages Inc. | Louis_Leon | Preparation for mediation, phone calls with mediator and counsel, and phone calls with client re same. | 3.5 | $225.00 | $787.50 |
| 6/1/2019 | Flair Beverages Inc. | Louis_Leon | Attn to Court Order re settlement. | 0.1 | $225.00 | $22.50 |
| 7/3/2019 | Flair Beverages Inc. | Louis_Leon | Drafted joint letter to Court requesting 30-day extension of time to file joint motion for settlement approval. | 0.3 | $225.00 | $67.50 |
| 7/27/2019 | Flair Beverages Inc. | Louis_Leon | Drafting settlements. | 1.2 | $225.00 | $270.00 |
| 9/5/2019 | Flair Beverages Inc. | Louis_Leon | Drafted joint letter to Court with extension of time to submit settlement and Cheeks Motion. | 0.2 | $225.00 | $45.00 |
| 9/21/2019 | Flair Beverages Inc. | Louis_Leon | Revised settlement agreements and talked with client re same. | 1.9 | $225.00 | $427.50 |
| 10/16/2019 | Flair Beverages Inc. | Louis_Leon | Drafted joint status report to Court. | 0.3 | $225.00 | $67.50 |
| 10/18/2019 | Flair Beverages Inc. | Louis_Leon | Attn to file and drafting cheeks motion. | 1.6 | $225.00 | $360.00 |
| 10/18/2019 | Flair Beverages Inc. | Louis_Leon | Drafted joint letter to Court re extension of time and exchanged emails with counsel re same. | 0.4 | $225.00 | $90.00 |
| 10/22/2019 | Flair Beverages Inc. | Louis_Leon | Finalized cheeks motion with related exhibits and exchanged emails with counsel re finalized draft. | 2.4 | $225.00 | $540.00 |
| SUBTOTAL | | | | 23.3 | | $5,242.50 |
| **GRAND TOTAL** | | | | **23.3** | | **$5,242.50** |